# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-mj-944 |
| | ) | |
| ANDRES ORLANDO ACEVEDO-RIVERA | ) | Charging District: USDC for the District of Puerto Rico |
| *Defendant* | ) | Charging District's Case No. 3:23-cr-00132-RAM-62 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States Federal Court for the District of Puerto Rico 150 Carlos E. Chardon Ave. San Juan, Puerto Rico | Courtroom No.: |
|---|---|
| | Date and Time: Monday July 10, 2023 at 2:00pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: July 7, 2023

*Judge's signature*

Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*